IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUAN LOPEZ, on behalf of himself
and all similarly situated persons and entities,   PLAINTIFF

VS.   CASE NO. 2:20-CV-02112-PKH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY   DEFENDANT

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff Juan Lopez hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(i) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated July 10, 2020

                                              Respectfully Submitted,

By:   /s/ Phillip J. Milligan
        PHILLIP J. MILLIGAN, ABA #92055
        Milligan Law Offices
        500 So. 16th Street
        P.O. Box 2347
        Fort Smith, AR 72902-2347
        Telephone No.  (479) 783-2213
        Facsimile No.  (479) 783-4329

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(i), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE