IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUAN LOPEZ                                                                                    PLAINTIFF

V.                                                  2:20-cv-2112

STATE FARM MUTUAL AUTOMOBILE                                      DEFENDANT
INSURANCE COMPANY

## CLERK'S ORDER OF DISMISSAL

The plaintiff has filed a Notice of Dismissal (document #5) pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure.

IT IS ORDERED that this case is hereby dismissed without prejudice.

AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK

By: *Laura L. Wolfe*
Deputy Clerk